THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES NOBLIN, Defendant-Appellant.

(No. 56649;

First District—October 30, 1972.

Opinion by Mr. JUSTICE LYONS.

James J. Doherty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defender, of counsel), for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

JOSEPH BURGO *et al.*, Plaintiffs-Appellants, *v.* ILLINOIS FARMERS INSURANCE COMPANY, Defendant-Appellee.

(No. 56250;

First District—October 11, 1972.

*Rehearing denied November 22, 1972.*